# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | | |
|---|---|---|
| CURTIS TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| ONIN STAFFING, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Onin Staffing, LLC ("Defendant"), hereby removes to the United States District Court for the Western District of Missouri, the action styled *Curtis Turner v. Onin Staffing, LLC*, Case No. 24BU-CC01939, currently pending in the Circuit Court of Buchanan County, Missouri. As grounds for removal, Defendant states as follows:

## STATE COURT ACTION AND TIMELINESS OF REMOVAL

1. Plaintiff Curtis Turner ("Plaintiff") commenced the above-referenced action in the Circuit Court of Buchanan County, Missouri on December 12, 2024, by filing his Petition in the case styled *Curtis Turner v. Onin Staffing, LLC*, Case No. 24BU-CC01939.

2. Plaintiff thereafter served Defendant with a Summons and Petition on December 30, 2024.

3. Plaintiff's Petition alleges violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ("FCRA"), and does not allege any state law causes of action.

4. As required under 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders that Plaintiff served on Defendant (including the operative petition) is attached as **Exhibit A** to

this Notice of Removal.  Further, a copy of the Buchanan County, Missouri Circuit Court file (current through the date of this filing) is attached as **Exhibit B** to this Notice of Removal.

5.      Under 28 U.S.C. § 1446, removal is timely if it is filed within 30 days after a defendant is served with a summons and the initial pleading. Today's date is within 30 days of the date of service (December 30, 2024).

6.      This is a civil action over which this Court has original federal question jurisdiction under 28 U.S.C. §1331, and which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(a).

## FEDERAL QUESTION JURISDICTION

7.      The United States District Court for the Western District of Missouri has original subject matter jurisdiction over this case under 28 U.S.C. § 1331 because this case arises under a federal law, namely the FCRA.  *See generally* **Exhibit A,** Petition, at ¶ 1.

8.      The determination of whether a claim "arises under" federal law must be made by reference to the "well-pleaded complaint." *Merrell Dow Pharm. Inc. v. Thompson*, 478 U.S. 804, 808 (1986).

9.      All three of Plaintiff's Counts in his Petition are made under the FCRA.

10.     Accordingly, under §§ 1441(a) and 1446(a), and W.D. Mo. L.R. 3.2(a)(1)(B), the U.S. District Court for the Western District of Missouri, St. Joseph Division, is the appropriate court for removing this action.

11.     Promptly upon filing this Notice of Removal, Defendant shall give notice in writing to all parties and shall file a copy of this Notice of Removal with the Clerk of the Circuit Court of Buchanan County, Missouri.

WHEREFORE, Defendant prays that this Court assume control over this action as this action is properly removed on the grounds of federal question jurisdiction.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Trevor M. Bond*
Trevor M. Bond, MO #: 67957
700 W. 47th St., Suite 500
Kansas City, MO 64112
Telephone:  816-471-1301
Facsimile:  816-471-1303
trevor.bond@ogletree.com

**Attorney for Defendant ONIN STAFFING, LLC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January 2025, the foregoing was electronically filed with the Court Administrator and service was made through the electronic filing system to:

Charles Jason Brown
BROWN & WATKINS, LLC.
301 S. US 169 Hwy.
Gower, MO 64454
Tel.: 816-505-4529
Fax: 816-424-1337
brown@brownandwatkins.com
*Attorney for Plaintiff*

/s/Trevor M. Bond
Attorney for Defendant ONIN STAFFING, LLC.

4